492

court finding the defendant guilty of contempt of court is amply supported by the evidence.

*Judgment affirmed. All the Justices concur.*

AVEN *v.* AVEN.

No. 6752. MAY 15, 1929.

*Branch & Howard* and *James A. Miller,* for plaintiff in error. *Paul S. Etheridge* and *Aldine & Hewitt W. Chambers,* contra.

McCOY *v.* OLIVE.

No. 6808. MAY 15, 1929.

*George P. Munro,* for plaintiff.
*John A. Smith,* for defendant.

HILL, J. H. T. McCoy brought a petition against Mrs. Mary D. Olive for rescission of a contract of purchase of a house and lot. On the trial of the case the plaintiff introduced evidence in sup-